46 F.2d 91 (1930)
In re McALLISTER-MOHLER CO.
No. 6924.
District Court, S. D. Ohio, E. D.
June 12, 1930.
*92 *93 *94 *95 *96 *97 *98 *99 Arnold, Wright, Purpus & Harlor, of Columbus, Ohio, for petitioner.
Hedges, Hoover & Tingley, and Watson, Davis & Joseph, of Columbus, Ohio, for trustee.
HOUGH, District Judge.
Petition in review dismissed, and findings and conclusions of referee approved and confirmed, upon authority of Wells v. Realty Co. (C. C. A.) 12 F.(2d) 237 and Kothe, Trustee, v. R. C. Taylor Trust, 280 U. S. 224, 50 S. Ct. 142, 74 L. Ed. 382.